FILED: August 14, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 12-4563 (L)
(1:11-cr-00530-CMH-2)
_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

COREY THOMAS JONES

    Defendant - Appellant

_____

No. 12-4565
(1:11-cr-00530-CMH-1)
_____

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

WILLIAM LOUIS COLE, JR.

    Defendant – Appellant

_____

O R D E R

_____

The petition for rehearing en banc was circulated to the full court. No judge requested a poll under Fed. R. App. P. 35. The court denies the petition for rehearing en banc.

                          For the Court

                          /s/ Patricia S. Connor, Clerk